# In the United States Court of Federal Claims

No. 19-67C

(E-Filed: February 9, 2021)

|  |  |
|---|---|
| TONY ROWE, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

### ORDER

On January 19, 2021, defendant filed a motion to certify an interlocutory appeal and stay all proceedings in this case pending resolution of that appeal.  See ECF No. 70.  Plaintiffs' response to this motion was due to be filed on or before February 2, 2021.  As of the filing of this order, the court has not received plaintiffs' response.  The court will afford plaintiffs' one more opportunity to file their response.

Accordingly, on or before **February 12, 2021**, plaintiffs are directed to **FILE** their **response** to defendant's motion to certify an interlocutory appeal and stay all proceedings in this case, ECF No. 70.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge